PD-0696-15

PD-0696-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/8/2015 11:32:20 AM
Accepted 6/8/2015 4:51:51 PM
ABEL ACOSTA
CLERK

**Cause No. PD_____**
**No. 12-14-00090-CR (12th COA)**

| | | |
|---|---|---|
| **MIGUEL CRUZ-ROMERO** | § | **IN THE COURT** |
| Petitioner | § | |
| | § | |
| | § | |
| **vs.** | § | **OF CRIMINAL APPEALS** |
| | § | |
| | § | |
| **THE STATE OF TEXAS** | § | |
| Respondent | § | **FOR THE STATE OF TEXAS** |

## PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE A *PRO SE* PETITION FOR DISCRETIONARY REVIEW PURSUANT TO TEX. R. APP. PROC. 68.2(c)

**TO THE HONORABLE COURT:**

Now comes Miguel Romero and makes this Motion For Extension of Time to File a *Pro Se* Petition for Discretionary Review and for good cause shows the following:

### I.

The Twelfth Court of Appeals returned an opinion affirming Petitioner's conviction in this matter on 22 April 2015. *Cruz-Romero v. State*, 12-14-00090-CR (Tex.App.—Tyler 2015). No Motion for Rehearing was filed in that court. Consequently, a Petition for Discretionary Review, if any, was to be filed by 22 May 2015.

### II.

Petitioner was timely notified of his right to pursue a Petition for Discretionary Review and has been attempting to obtain the records in this case for

the purpose of filing a *pro se* PDR while, simultaneously, his family has been attempting to retain an attorney to assist in this matter.

Several weeks ago Petitioner contacted undersigned counsel who had represented Petitioner in the Twelfth Court of Appeals and asked for assistance in obtaining additional time to file a PDR. Petitioner was provided with a *pro se* motion to obtain an extension of time to file his PDR along with instructions to send the same to the Court. However, today, 8 June, the motion was returned to counsel's office rather than to the Court.

Under Rule 68.2(c), the Court may entertain a motion for an extension of time filed no later than 15 days after the last day for filing a PDR. TEX. R. APP. PROC. 68.2(c). Because that fifteen-day period in this case expired on 7 June, a Sunday, today, 8 June is the last day for such a filing. TEX. R. APP. PROC. 4.1(a).

Because he has made clear his desire to file a PDR, but has misfiled documents with counsel rather than the Court, undersigned counsel seeks to file this motion for an extension of time to file a PDR on Petitioner's behalf.

**WHEREFORE, PREMISES CONSIDERED**, Petitioner respectfully prays that, in accordance with the applicable law, the Court grant this Motion and extend the time by which to have a Petition for Discretionary Review filed by thirty days.

Respectfully submitted,

/s/Austin Reeve Jackson
Texas Bar No. 24046139
112 East Line, Suite 310
Tyler, TX 75702
Telephone: (903) 595-6070
Facsimile: (866) 387-0152

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document

was served on counsel for the State by efile concurrently with its filing.

/s/Austin Reeve Jackson